CITY OF CONCORD, NEW HAMP-
SHIRE, petitioner, v. NORTHERN
NEW ENGLAND TELEPHONE OP-
ERATIONS LLC.

No. 15–568.

Nov. 30, 2015.

Petition for writ of certiorari to the
United States Court of Appeals for the
Second Circuit denied.